## 36879. CARTER v. PUCKETT.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED MARCH 13, 1981.

*G. Hughel Harrison,* for appellant.
*Nathaniel David Wages,* for appellee.